# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUZANNE SCHULER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-02415 |
| | ) |
| MINUTECLINIC DIAGNOSTIC OF | ) |
| KANSAS, P.A. and | ) |
| CVS PHARMACY, INC. d/b/a | ) |
| CVS HEALTH, | ) |
| | ) |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal with prejudice of all claims asserted in this matter, each party to bear her or its own costs and attorneys' fees.

Dated: November 15, 2023

Respectfully submitted,

| **LINUS L. BAKER** | **LITTLER MENDELSON, P.C.** |
|---|---|
| */s/ Linus L. Baker* | */s/ Jeannie M. DeVeney* |
| Linus L. Baker, | Daniel B. Boatright, KS #15298 |
| 6732 West 185th Terrace | Direct: 816.627.4401 |
| Stilwell, Missouri 66085-8922 | E-Fax: 816.817.7703 |
| 913.486.3913 | dboatright@littler.com |
| 913.232.8734 (fax) | Jeannie M. DeVeney, KS #17445 |
| linusbaker@prodigy.net | Direct: 816.627.4405 |
| | E-Fax: 816.817.1453 |
| ATTORNEY FOR PLAINTIFF | jdeveney@littler.com |
| | Bayli Martin, KS #28301 |
| | Direct: 816.627.4414 |
| | E-fax: 816.817.1831 |
| | bamartin@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 1201 Walnut, Suite 1450 |
| | Kansas City, MO 64106 |
| | Heather A. Pierce, *Pro Hac Vice* |
| | Direct: 401.824.2506 |
| | E-Fax: 401.223.6867 |
| | hpierce@littler.com |
| | LITTLER MENDELSON, P.C. |
| | One Financial Plaza, Suite 2005 |
| | Providence, RI, 02903 |
| | |
| | ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served notice on the following via electronic mail:

Linus L. Baker,
6732 West 185th Terrace
Stilwell, Missouri 66085-8922
E-Mail: linusbaker@prodigy.net

ATTORNEYS PLAINTIFF

*/s/ Jeannie M. DeVeney*
Attorney for Defendants